UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT

| | |
|---|---|
| In re: ) <br> ) <br> Hanover Boston Development LLC ) <br> )      Chapter 11 <br> Debtor )      Case No. 25-11706-CJP <br> ) | |

**MOTION OF UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CHAPTER 11 CASE FOR FAILURE TO HAVE BANKRUPTCY COUNSEL
(<u>WITH CERTIFICATE OF SERVICE</u>)**

Pursuant to 28 U.S.C. §§ 586(a)(3)(G), (a)(8) and 11 U.S.C. § 1112(b), the United States Trustee (the "<u>U.S. Trustee</u>") moves this Court for an order dismissing the above-captioned chapter 11 case for cause based upon the failure of Debtor Hanover Boston Development LLC ("<u>Debtor</u>") to have counsel.

In further support of this Motion, the U.S. Trustee states as follows:

### <u>JURISDICTION AND VENUE</u>

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 151, 157, and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. Venue in this district and of this proceeding and motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for relief are 28 U.S.C. § 586(a), 11 U.S.C. §§ 105, 307, and 1112(b), and Fed. R. Bankr. P. 1017.

4. Section 586(a)(8) of title 28 specifically requires the U.S. Trustee to move promptly

1

upon finding material grounds for any relief under 11 U.S.C. § 1112.

## FACTS

5. The Debtor filed a Chapter 11 Voluntary Petition (Doc. #1, the "Petition") on August 18, 2025.

6. The Debtor's principal place of business is located at 239 Causeway Street, M120, Boston, MA 02114. *See* Doc. #1, ¶4.

7. The Petition indicates that the Debtor is a "Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))[.]" *See Id.* at ¶6.

8. The Petition is signed by the Debtor's authorized representative, Christian Silvestri ("Mr. Silvestri").[1] *See Id.* at 17.

9. According to the Petition, the Debtor is proceeding pro se, without counsel. *See Id.* at ¶18.

10. As of the present filing, no licensed attorney has entered an appearance on behalf of the corporate Debtor.

## LEGAL ANALYSIS

**A. The Debtor's Case Should be Dismissed for Failure to have Counsel.**

11. Massachusetts Local Bankruptcy Rule ("MLBR") 9010-1(b)(3) states that a "corporation, partnership, limited liability company, trust, estate, or other entity that is not an individual may not appear other than through an attorney who is otherwise permitted to practice

---

[1] Mr. Silvestri was also the authorized representative in two, recent chapter 11 cases filed on behalf of debtor SBF Ventures, LLC which *also* has a principal place of business located at 239 Causeway Street M120, Boston, MA 02114. *See* (1) ***In re SBF Ventures, LLC*** **(Case No. 24-11876-JEB)** filed on September 18, 2024, dismissed on October 1, 2024, and closed on October 07, 2025; and (2) ***In re SBF Ventures, LLC*** **(Case No. 25-10217-JEB)** filed on February 03, 2025, dismissed on July 02, 2025, and closed on July 23, 2025.

in this Court."

12. Similarly, MLBR 1007-1(f)(2) requires that "[a] petition filed on behalf of a non-individual must be signed by an attorney and provide the attorney's name, address, email, and telephone number."

13. As the First Circuit Bankruptcy Appellate Panel has explained:

> A corporation cannot appear in a bankruptcy proceeding except by a licensed attorney. *In re Las Colinas Development Corp.*, 585 F.2d 7, 11 (1st Cir.1978). The rule is very well established, supported by a long history of case law across the circuits and in the Supreme Court. *In re Victor Publishers, Inc.*, 545 F.2d 285, 285 (1st Cir.1976) (citing cases from the Supreme Court and the Second, Sixth and Tenth Circuits). The rule prohibiting a non-lawyer from representing a corporation in a legal proceeding is not only based on tradition, but also on the practical consideration that attorneys at law, who have been admitted to practice, are officers of the court and subject to its control. *Id.*

*In re Tremont Tower Condo. LLC*, No. ADV 04-1180, 2005 WL 6731061, at *2 n. 3 (B.A.P. 1st Cir. Feb. 10, 2005).

14. A corporate debtor has no authority to appear in Bankruptcy Court and invoke the protections of the Bankruptcy Code without counsel. The Debtor's petition is not signed by counsel and no counsel has otherwise appeared for the Debtor.

15. Thus, the Debtor's pro se corporate chapter 11 case is improper and also constitutes cause for dismissal pursuant to section 1112(b) of the Bankruptcy Code. *See La Trinidad Elderly LP SE v. Loiza Ponce Holdings LLC* (*In re La Trinidad Elderly LP SE*), 627 B.R. 779, 798 (BAP 1st Cir. 2021)("In addition, the court may convert or dismiss a case for reasons that are not specifically enumerated in the section [1112(b)], provided that these reasons are sufficient to demonstrate the existence of cause.").

## **REQUESTED RELIEF**

For the reasons set forth above, the United States Trustee respectfully requests that the Court enter an order: (1) dismissing the Debtor's chapter 11 case; and (2) granting the United States Trustee all such other and further legal and equitable relief to which he may be entitled.

                                    Respectfully submitted,

                                    WILLIAM K. HARRINGTON
                                    UNITED STATES TRUSTEE
                                    REGION ONE

                    By:    */s/Jacqueline F. Dagle*
                            Jacqueline F. Dagle, BBO#712288
                            United States Department of Justice
                            John W. McCormack Post Office & Courthouse
                            5 Post Office Square, 10th Floor, Suite 1000
                            Boston, MA  02109-3934
                            Phone: (202) 341-9563
Dated:  August 18, 2025          Jacqueline.F.Dagle@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that on August 18, 2025, true and correct copies of the foregoing Motion were served by U.S. Mail, postage pre-paid, on the Debtor at the address identified below.

**Hanover Boston Development LLC**
239 Causeway Street, M120
Boston, MA 02114

                WILLIAM K. HARRINGTON
                UNITED STATES TRUSTEE
                REGION ONE

           By:  */s/Jacqueline F. Dagle*
               Jacqueline F. Dagle, BBO#712288
               United States Department of Justice
               John W. McCormack Post Office & Courthouse
               5 Post Office Square, 10th Floor, Suite 1000
               Boston, MA  02109-3934
               Phone: (202) 341-9563
Dated:  August 18, 2025       Jacqueline.F.Dagle@usdoj.gov